# EXHIBIT 1

ISB Investigation Letter
Dated: January 17, 2023



**Office of Bar Counsel**
P. O. Box 895 • Boise, Idaho 83701
(208) 334-4500 • Fax: (208) 334-2764
www.isb.idaho.gov

January 17, 2023

PERSONAL AND CONFIDENTIAL

Jeremy R. Morris
j.morris@libertyconsulting.us

      RE:    ISB v. Jeremy Morris (ISB 21-312 and 22-014)

Dear Mr. Morris:

      I have enclosed copies of posts from your Facebook account dated December 27, 2021, January 13, 2022, January 27, 2022, and April 10, 2022, which were brought to my attention. In addition to your Facebook posts, also brought to my attention, is the November 26, 2021 Apple TV release of "Twas the Fight Before Christmas" in which you state, "that Federal Judge flipped the verdict and ordered my family to pay $112,000 of their legal fees. So we have a corrupt judge." Lastly, please see the attached link to a video clip in which you state: "the corrupt, Federal Judge Winmill, who tried to rig a jury, who's now facing a misconduct charge that I filed against him." The video clip also contains a statement at the bottom of the screen: "THE JUDGE IS A HATEFUL ANTI-CHRISTIAN BIGOT."

      Based upon this, we would like you to please respond to whether you made statements with reckless disregard as to the truth or falsity concerning the qualifications or integrity of a judge, with reference to I.R.P.C. 8.2(a).

      We request that you submit your response within twenty-one (21) days from the date you receive this letter. If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Joseph N. Pirtle
Bar Counsel

JNP:kf

Enclosures

3:05

< **Jeremy Morris** 🔍

 **Jeremy Morris**
Dec 27, 2021 · 🌐

I've never seen an article on this topic before. I filed judicial misconduct on June 2 against the federal judge in my case depicted in the Apple film "Twas the Fight Before Christmas." The judge attempted to rig my jury. I still won the case, but he then flipped the verdict. My filing is the rarest of rare. This article deals with STATE COURTS. My filing is against a FEDERAL judge, and it was filed not by a plaintiff/defendant, but by me (an attorney). Every lawyer I know agrees Judge Winmill committed misconduct. But they say filing Misconduct on him could cause me to lose my bar license if I can't prove it. I can — it's in a transcript. Before I won the case and he then threw out the verdict, he allowed a juror to remain who stated she was "prejudiced" and "biased." If I have to lose my bar license to tell the truth, then so be it.



9

3:04

<        **Jeremy Morris**        🔍

her family to the Nazis

👍😢 9            8 Comments  2 Shares

👍 Like      💬 Comment      ➦ Share



**Jeremy Morris**
Jan 13 · 🌐

5 years ago today, I filed a federal lawsuit against my corrupt, bigoted, anti-Christian, woman-attacking Homeowners Association. It was filed on the last day of the statute of limitations as I hoped to the last minute they would settle for ZERO dollars and just de-annex my property and then I wouldn't pursue a claim for violating federal law. I won that case with a unanimous jury verdict. Except that I couldn't win because juries don't matter if you are the wrong religion or racial group. A crooked federal judge flipped the verdict and ordered my family to pay the HOA that discriminated against my family $112,000.

😠😢👍 40        28 Comments  3 Shares

👍 Like      💬 Comment      ➦ Share



**Jeremy Morris**
Jan 8 · 🌐

3:04

 **Jeremy Morris**
Jan 27 ·

I would have loved to use my deep knowledge of constitutional law, economics, and western civilization to help the state of Idaho.  But this Christmas was the film premier of my life's work called "Twas the Fight before Christmas."  Apple spent 3 years on the film and an obscene amount of money making it.  It tells the story of how I spent over a million dollars (that I didn't have) over 8 years, fighting for the right to raise money on my own property for children with cancer at Christmastime.  (Apple only made 7 movies in the whole year).   I received support from countries all over the world, but not one knock at the door from anyone in the local, state, national GOP.  I decided it's best to know when to fold them.  I'm sorry Idaho.  I could have really helped put an end to the abuse of property owners by HOAs, highlighted the rigged court system, and promoted traditional American culture.  It was not to be.  Homosexual groups, anti-Christian hate groups... they knew how to find me.  Thousands of them sent me wonderful hate

3

3:04

**Jeremy Morris**

rigged court system, and promoted traditional American culture. It was not to be. Homosexual groups, anti-Christian hate groups... they knew how to find me. Thousands of them sent me wonderful hate messages including some death threats—INTERNATIONALLY. Oh how tolerant they are! But while the left-wing crazies found me, not one church, not one legislator with a desire to protect the culture and our Constitution ever gave me a call. Where were the hundreds of people in the community holding candles and singing silent night on my lawn as a crooked judge overturned a unanimous jury and stole Christmas; ordering my house to remain dark? In my head, the fairytale ends with hundreds coming together singing Christmas carols as a way to counter tyranny; fighting evil and bringing light into a place made dark by our psychotic judicial system. What a missed opportunity. I always planned to one day run for office. I thought maybe that's why this whole nightmare happened to my family—so that God could then use me in a bigger way. Not anymore.

66    73 Comments  3 Shares

3:06

< Jeremy Morris

👍 Like     💬 Comment     ↗ Share

**Jeremy Morris**
Apr 10 · 🌐

The Hayden Christmas Show may not be returning to Hayden because Idaho has a fascistic federal judge who overturns juries after failing to rig them — but thankfully these wonderful Christmas lights will be going to good use very soon!

Sincerely,
The Christmas Lawyer

> 🔒 **This content isn't available right now**
> When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

👍😢😂 20                    21 Comments

👍 Like     💬 Comment     ↗ Share

**Jeremy Morris**
Apr 7 · 🌐

My fiber optic Star Room is complete!  It was a

11