# EXHIBIT 5

Response to ISB Shakedown
Dated: August 22, 2023

**From:** Jeremy Morris <jrmorris81@icloud.com>
**Sent:** Tuesday, August 22, 2023 9:04 AM
**To:** Dustin Charters <WDC@powersfarley.com>
**Subject:** Re: ISB matter

Dustin,

I reject this so-called offer. If it's a life raft, it's a life raft that's going over a cliff into a fiery pit of hell. No— I'll see them in the Idaho Supreme Court. At least there, the public will watch officials totally ignore MANDATORY authority from the 9th circuit.

Their "offer" that I just leave Idaho forever looks more like an extortion a mafia would use than an action by a state authority. QUESTION: what would a FOIA do with respect to learning what these people knew and when and how they communicated with each other and potentially contacts with Judge Winmill or Winmill's associates. I would like all their email conversations preserved.

I'm also going to ask for a speedy hearing so that we can quickly get to the State Supreme Court. If you are unable to help me with the Supreme Court, then I would ask if you could help me find an alternate attorney capable of doing that with the remainder of the funds from the insurance company. Or at least putting me in touch with the right person at the insurance company and a final bill from your office so that I know how much money we have to work with and that insurance company's contact who can help me locate a new attorney. Otherwise, if you are willing to go forward with the case, perhaps we have a strategy in which your office plans to help get me into state court and possibly provides me with an attorney "on that day." There is little need for an attorney at the disciplinary hearing which is already almost certainly a rigged event.

Jeremy
(208) 964-5878