# EXHIBIT 7

Joel Hazel Complaint to ISB
Dated: December 2, 2021

# Caralee Lambert

**From:** Brad Andrews
**Sent:** Tuesday, December 7, 2021 10:00 AM
**To:** Kathy Funk
**Subject:** FW: Attorney Jeremy Morris


**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 | Fax: (208) 334-2764 | www.isb.idaho.gov
bandrews@isb.idaho.gov

**From:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Sent:** Thursday, December 2, 2021 5:17 PM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** Attorney Jeremy Morris

Have you watched this? Mr. Morris' comments about Judge Winmill towards the end of it are troubling in light of IRCP 8.2.


'Twas the Fight Before Christmas - Apple TV+ Press


**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

# Caralee Lambert

| | |
|---|---|
| **From:** | Joel P. Hazel <JPH@witherspoonkelley.com> |
| **Sent:** | Tuesday, December 7, 2021 10:04 AM |
| **To:** | Brad Andrews |
| **Cc:** | Kathy Funk |
| **Subject:** | RE: Morris clip re "corrupt judge" |

I'd prefer the ISB be the grievant. I trust you will handle this appropriately without my further involvement.

Frankly all I did was watch a movie and recall the facts of John Topp's comments about Judge Michaud in 1996!

If you need anything else from me, please let me know.


**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

**From:** Brad Andrews <bandrews@isb.idaho.gov>
**Sent:** Tuesday, December 7, 2021 8:59 AM
**To:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Cc:** Kathy Funk <kfunk@isb.idaho.gov>
**Subject:** RE: Morris clip re "corrupt judge"

Hi Joel—Thank you for your emails bringing this issue to our attention. When an attorney reports misconduct, the attorney or the Idaho State Bar may be the grievant.

    If you wish, we can process these emails with you as the grievant. If you are the grievant, you will receive periodic information about the case, have an opportunity to respond to information from the lawyer sent to Bar Counsel's Office, receive the disposition from our Office and have an opportunity to request review of that disposition. I.B.C.R. 509(d).

    If you choose to have the Idaho State Bar as the grievant, since all disciplinary matters prior to filing formal charges are confidential within Bar Counsel's Office under I.B.C.R. 521, we may consult with you about the case, but you will not receive information, the disposition, or the ability to request review as noted above.

1

Please let me know whether you wish to be the grievant in this matter or have the Idaho State Bar designated as the grievant. Following that, we will proceed with our investigation.

**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 | Fax: (208) 334-2764 | www.isb.idaho.gov
bandrews@isb.idaho.gov


**From:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Sent:** Monday, December 6, 2021 3:52 PM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** FW: Morris clip re "corrupt judge"

Here is a clip from the "Twas the fight before Christmas" documentary on Apple TV. Hopefully you can open it.

Morris states that Judge Winmill is "corrupt" for overturning the verdict he obtained against his HOA. Seems problematic in light of ISB v. Topp 129 Idaho 414 (1996) and IRPC 8.2.



**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

**From:** C. Hazel <christahazel@gmail.com>
**Sent:** Sunday, December 5, 2021 9:11 AM
**To:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Subject:** Morris clip re "corrupt judge"

Download Attachment
Available until Jan 4, 2022


Links contained in this email have been replaced by Link Protection. If you click on a link, it will be analyzed for known threats before allowing you to proceed.

2

## Caralee Lambert

| | |
|---|---|
| **From:** | Brad Andrews |
| **Sent:** | Tuesday, January 18, 2022 11:05 AM |
| **To:** | Kathy Funk |
| **Subject:** | FW: More evidence against Jeremy Morris |
| **Attachments:** | RPReplay_Final1640533197.mov |

**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 | Fax: (208) 334-2764 | www.isb.idaho.gov
bandrews@isb.idaho.gov


**From:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Sent:** Monday, December 27, 2021 9:45 AM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** More evidence against Jeremy Morris

My wife found this on the internet.


**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

1

**From:** Joel P. Hazel <JPH@witherspoonkelley.com>
**Sent:** Tuesday, January 18, 2022 10:38 AM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** FW: "crooked federal judge"

**More from Jeremy Morris regarding Judge Winmill.**

Posted 1/14/2022

1

 **Jeremy Morris**
1d · 🌐

5 years ago today, I filed a
against my corrupt, bigote
woman-attacking Homeow
was filed on the last day of
limitations as I hoped to th
would settle for ZERO dolla
annex my property and the
a claim for violating federa
case with a unanimous jury
that I couldn't win because

CH

**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*

3



**Office of Bar Counsel**
525 West Jefferson • P. O. Box 895 • Boise, Idaho 83701
(208) 334-4500 • Fax: (208) 334-2764
www.idaho.gov/isb

January 18, 2022

PERSONAL AND CONFIDENTIAL

Joel P. Hazel
Witherspoon Kelley
608 Northwest Blvd., Ste. 300
Coeur d'Alene, ID 83814

RE:   Grievance against Jeremy R. Morris (ISB File No. 22-014C)

Dear Mr. Hazel:

Thank you for sending the information relating to Jeremy R. Morris. We appreciate you bringing this matter to our attention. When an attorney reports misconduct, the attorney or the Idaho State Bar may be the grievant.

If you wish, we can process this information with you as the grievant. If you are the grievant, you will receive periodic information about the case, have an opportunity to respond to information from the lawyer sent to Bar Counsel's Office, receive the disposition from our Office and have an opportunity to request review of that disposition. I.B.C.R. 509(d).

If you choose to have the Idaho State Bar as the grievant, since all disciplinary matters prior to filing formal charges are confidential within Bar Counsel's Office under I.B.C.R. 521, we may consult with you about the case, but you will not receive information, the disposition, or the ability to request review as noted above.

Please let us know whether you wish to be the grievant in this matter or have the Idaho State Bar designated as the grievant by contacting Kathy Funk at kfunk@isb.idaho.gov. Following that, we will proceed with our investigation.

If you have any questions, please let me know. Thank you for your consideration.

Very truly yours,

*Bradley Andrews*

Bradley G. Andrews
Bar Counsel
BGA:kf

# Caralee Lambert

| | |
|---|---|
| **From:** | Joel P. Hazel <JPH@witherspoonkelley.com> |
| **Sent:** | Monday, January 24, 2022 2:01 PM |
| **To:** | Kathy Funk |
| **Cc:** | Brad Andrews |
| **Subject:** | Grievance against Jeremy Morris ISB file #22-014C |

Hi Kathy:

I received a letter from Brad Andrews about the information I passed along about Jeremy Morris' various statements about Judge Windmill being corrupt or acting corruptly.

My preference would be that the Idaho State Bar be the grievant in that matter.

Thanks and let me know if you have any questions.

**Joel P. Hazel**
Principal | Witherspoon • Kelley
JPH@witherspoonkelley.com | Attorney Profile | vCard



608 Northwest Blvd., Ste 300
Coeur d'Alene, ID 83814
(208) 667-4000 (office)
(208) 667-8470 (fax)
witherspoonkelley.com

*Confidentiality Notice: The information contained in this email and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the original message and all copies from your system. Thank you.*