EXHIBIT 8

Molly O'Leary Complaint to ISB
Dated: December 6, 2021

# Caralee Lambert

**From:** Brad Andrews
**Sent:** Tuesday, December 7, 2021 9:57 AM
**To:** Kathy Funk
**Subject:** FW: Screenshot 2021-12-06 at 9.35.04 AM

**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 |Fax: (208) 334-2764 |www.isb.idaho.gov
bandrews@isb.idaho.gov

**From:** Molly O'Leary <molly@bizcounseloratlaw.com>
**Sent:** Monday, December 6, 2021 9:38 AM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** Screenshot 2021-12-06 at 9.35.04 AM

1

Surely, this scheme cannot be within the bounds of our professional code ...

2



 **Jeremy Morris**
Nov 14 · YouTube · 

Subscribe to my YouTube Ch
Christmas ideas, directly fror
Plus, the chance to win thous
work for subscribers. Hit SUI
videos daily.



# Caralee Lambert

| | |
|---|---|
| **From:** | Brad Andrews |
| **Sent:** | Tuesday, December 7, 2021 9:57 AM |
| **To:** | Kathy Funk |
| **Subject:** | FW: Mr. Christmas — North Idaho Exposed, Part 3 |


**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 | Fax: (208) 334-2764 | www.isb.idaho.gov
bandrews@isb.idaho.gov


**From:** Molly O'Leary <molly@bizcounseloratlaw.com>
**Sent:** Monday, December 6, 2021 10:36 PM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** Mr. Christmas — North Idaho Exposed, Part 3

Brad - Have you seen this? https://youtu.be/n13C_6CKSwo

Please tell me the Bar is taking appropriate action.

Molly O'Leary
BizCounselor@Law, PLLC

1

# Caralee Lambert

| | |
|---|---|
| **From:** | Molly O'Leary <molly@bizcounseloratlaw.com> |
| **Sent:** | Tuesday, December 7, 2021 11:43 AM |
| **To:** | Brad Andrews |
| **Cc:** | Kathy Funk |
| **Subject:** | RE: Mr. Christmas — North Idaho Exposed, Part 3 |

Hi, Brad – Thanks for your response.

I am fine with the Bar being the grievant.

I'd really rather not be the subject of one of his YouTube videos :-/

*Molly O'Leary*



BizCounselor Law

1775 W. State Street, #150
Boise, Idaho 83702
**Voice/Text**: 208.453.6106
**E-Mail**: Molly@BizCounselorAtLaw.com

**Mol an lá go maith ag an deireadh é**
Praise the good day at the close of it.

**Disclaimer:** This message may contain confidential communications protected by the attorney client privilege. If you received this message in error, please delete it and notify me of the error. Thank you!

**From:** Brad Andrews <bandrews@isb.idaho.gov>
**Sent:** Tuesday, December 7, 2021 9:57 AM
**To:** Molly O'Leary <molly@bizcounseloratlaw.com>
**Cc:** Kathy Funk <kfunk@isb.idaho.gov>
**Subject:** RE: Mr. Christmas — North Idaho Exposed, Part 3

Hi Molly –Thank you for your 2 December 6, 2021, emails bringing these two issues to our attention. When an attorney reports misconduct, the attorney or the Idaho State Bar may be the grievant.

1

     If you wish, we can process these emails with you as the grievant. If you are the grievant, you will receive periodic information about the case, have an opportunity to respond to information from the lawyer sent to Bar Counsel's Office, receive the disposition from our Office and have an opportunity to request review of that disposition. I.B.C.R. 509(d).

     If you choose to have the Idaho State Bar as the grievant, since all disciplinary matters prior to filing formal charges are confidential within Bar Counsel's Office under I.B.C.R. 521, we may consult with you about the case, but you will not receive information, the disposition, or the ability to request review as noted above.

     Please let me know whether you wish to be the grievant in this matter or have the Idaho State Bar designated as the grievant. Following that, we will proceed with our investigation.

**Bradley G. Andrews | Bar Counsel**
Idaho State Bar
525 W. Jefferson Street, Boise, ID 83702 | P.O. Box 895, Boise, ID 83701
(208) 334-4500 | Fax: (208) 334-2764 | www.isb.idaho.gov
bandrews@isb.idaho.gov


**From:** Molly O'Leary <molly@bizcounseloratlaw.com>
**Sent:** Monday, December 6, 2021 10:36 PM
**To:** Brad Andrews <bandrews@isb.idaho.gov>
**Subject:** Mr. Christmas — North Idaho Exposed, Part 3

Brad - Have you seen this? https://youtu.be/n13C_6CKSwo

Please tell me the Bar is taking appropriate action.

Molly O'Leary
BizCounselor@Law, PLLC

2