# EXHIBIT 9

Fox News Top Story
Dated: December 24-25, 2023










**DIGITAL ORIGINALS**

# 'Christmas Lawyer' who went to war with his HOA is now facing another fight — the Idaho State Bar

Why the lawyer who 'saved Christmas' could face disbarment after his battle with HOA over holiday decorations

By **Hannah Ray Lambert** · Fox News

Published December 24, 2023 4:00am EST



**'Christmas Lawyer' who went to war with HOA facing new fight**

Fans compare him to Clark Griswold or call him the "Christmas Lawyer," while others use less nice names. But now Jeremy Morris says Idaho may strip his legal license.