# EXHIBIT 10

50-Acre Plantation Sold Off



Mollihon Plantation
Newberry, SC
Built 1790
50 acres
Acquired February 2022
Sold June 2024