Jeremy R. Morris
Idaho Bar No. 8500
PO Box 891
Hardy, Virginia 24101
Tel: (208) 964-5878
jrmorris81@icloud.com

pro se Plaintiff

## U.S. DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| Jeremy Ray Morris,<br><br>  Plaintiff,<br><br>v.<br><br>Idaho State Bar, Jillian Caires, Caralee Lambert, Joesph Pirtle, Joel Hazel, Molly O'Leary, and John Does 1-100.<br><br>  Defendants. | Civil No.<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 11th[th] day of August 2025, I electronically filed Plaintiff's Original Verified Complaint using the CM/ECF system, which then sent a notification of such filing to the attorney of record for the Defendants:

Caralee A. Lambert
Assistant Bar Counsel
Idaho State Bar
P.O. Box 895
Boise, Idaho 83701

DATED: this 11th Day of August 2025

Jeremy R. Morris
ISB# 8500