UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEREMY RAY MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>IDAHO STATE BAR, JILLIAN CAIRES, CARALEE LAMBERT, JOSEPH PIRTLE, JOEL HAZEL, MOLLY O'LEARY, and JOHN DOES 1-100,<br><br>    Defendants. | Case No. 1:25-cv-00446-AKB<br><br>**ORDER** |

Pursuant to Plaintiff's Motion to Extend Time to Respond to Defendants' Motions to Dismiss (Dkt. 29), and in lieu of Plaintiff's soon-to-be-filed Amended Complaint in accordance with Federal Rule of Civil Procedure 15, and all parties having stipulated to the extension of nine days from the October 16 deadline for Plaintiff's Response to Defendants' Motions to Dismiss,

**IT IS HEREBY ORDERED** that Plaintiff's Response to Defendants' Motions to Dismiss be filed no later than **October 25, 2025**, unless Plaintiff has amended his Complaint before such time, in which case, Defendants' Motions to Dismiss can be refiled, and as such, new deadlines shall be set.

DATED: October 02, 2025

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

ORDER - 1