RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
KYLE D. GRIGSBY, ISB# 10709
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
kyle.grigsby@ag.idaho.gov

*Attorneys for Defendants Idaho State Bar, Jillian Caires, Caralee Lambert, and Joseph Pirtle*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

JEREMY RAY MORRIS,

*Plaintiff*,

v.

IDAHO STATE BAR, JILLIAN CAIRES, CARALEE LAMBERT, JOSEPH PIRTLE, JOEL HAZEL, MOLLY O'LEARY, and JOHN DOES 1-100,

*Defendants.*

Case No. 1:25-cv-446-AKB

**MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Idaho State Bar, Jillian Caires, Caralee Lambert, and Joseph Pirtle (ISB Defendants), through counsel, move pursuant to Rule 12(b)(1) and 12(b)(6) to dismiss this action with prejudice.

In support of this motion, the ISB Defendants file the attached Memorandum.

DATED: November 10, 2025.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *David J. Myers*
DAVID J. MYERS
Deputy Attorney General

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Kyle D. Grigsby*
KYLE D. GRIGSBY
Deputy Attorney General

*Attorneys for Defendants Idaho State Bar, Jillian Caires, Caralee Lambert, and Joseph Pirtle*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on November 10, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Jeremy R. Morris
Idaho Bar No. 8500
P. O. Box 891
Hardy, Virginia 24101
P: (208)964-5878
E: jrmorris81@icloud.com

*Plaintiff*

*/s/ Kyle D. Grigsby*
KYLE D. GRIGSBY